# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAK HUTAURUK, <br><br> Plaintiff, <br><br> v. <br><br> QUALITY LOAN SERVICES, HOMEAMERICAN MORTGAGE CORPORATION, JPMORGAN CHASE AND, ANY AND ALL PARTIES CLAIMING EQUITABLE INTEREST OF SAID PROPERTY AND DOES 1-10 INCLUSIVE, <br><br> Defendants. | Case No.: 5:17-cv-02480-DSF-KK <br><br> Hon. Judge Dale S. Fischer <br><br> **JUDGMENT OF DISMISSAL WITH PREJUDICE** <br><br> **Hearing:** <br> Date: January 22, 2018 <br> Time: 1:30 p.m. <br> Ctrm. 7D <br><br> State Court Case No. CIVDS1722375 <br> Action Filed: November 13, 2017 |

On January 12, 2018, this Court granted *defendant* JPMorgan Chase Bank, N.A.'s ("Defendant") Motion to Dismiss ("Motion") [Dkt # 13].

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff DEMAK HUTAURUK's ("Plaintiff") Complaint against Defendant is dismissed with prejudice;

2. Judgment is entered in favor of Defendant;

3. Plaintiff shall recover nothing against Defendant;

---

1

**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**

1040940.1

4. Defendant is entitled to recover from Plaintiff the costs of suit in this action. Defendant may file a Memorandum of Costs.

Dated: 1/18/18

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE