# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAK HUTAURUK,<br>        Plaintiff,<br><br>        v.<br><br>QUALITY LOAN SERVICES, et al.,<br>        Defendants. | Case No.: EDCV 17-2480 DSF (KKx)<br><br>JUDGMENT |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having timely responded,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice as to the remaining Defendants.

Date: 5/11/18

    Dale S. Fischer
    United States District Judge